IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD TANSEY, derivatively on behalf of DUKE ENERGY CORPORATION,<br>　　　　Plaintiff,<br>v.<br>JAMES E. ROGERS, *et al.*,<br>　　　　Defendants,<br>and<br>DUKE ENERGY CORPORATION,<br>　　　　Nominal Defendant. | Civil Action No. 12-1049-RGA |
| WARREN PINCHUCK, derivatively on behalf of DUKE ENERGY CORPORATION,<br>　　　　Plaintiff,<br>v.<br>JAMES E. ROGERS, *et al.*,<br>　　　　Defendants,<br>and<br>DUKE ENERGY CORPORATION,<br>　　　　Nominal Defendant. | Civil Action No. 12-1367-RGA |

## ORDER

Having reviewed Defendants' Motion to Stay Proceedings (*Tansey* D.I. 25; *Pinchuck* D.I. 20), associated papers, and oral argument on May 2, 2013 (*Tansey* D.I. 59, *Pinchuck* D.I. 46), it is **ORDERED** that Defendants' Motion to Stay Proceedings is **GRANTED** as follows:

1. Defendants seek a stay of this derivative action in favor of consolidated securities class actions pending before the Western District of North Carolina, or in the alternative, this Court's abstention in favor of derivative actions pending before the Delaware Court of Chancery. In responding to Defendants' Motion, Plaintiff Pinchuck was amenable to staying this action pending the Western District of North Carolina's decision on the motion to dismiss in those

1

cases, but opposed abstention. Plaintiff Tansey opposed both the stay and the abstention.

2. Copending with Defendants' Motion were Plaintiffs' motions to consolidate and appoint a lead plaintiff and lead counsel. (*Tansey* D.I. 41, *Pinchuck* D.I. 34). Defendants did not oppose consolidation and took no position on the appointment of a lead plaintiff and lead counsel. (*Tansey* D.I. 46, *Pinchuck* D.I. 39). The parties confirmed consolidation at oral argument,[1] and Plaintiffs adopted Plaintiff Pinchuck's amenability to staying the action pending the Western District of North Carolina's decision on the motion to dismiss.

3. Courts typically rely on three factors in determining whether a stay is appropriate: (1) whether a stay will simplify the issues for trial, (2) whether discovery is complete and a trial date has been set, and (3) whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party. *See Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936).

4. The parties do not dispute staying this case until the Western District of North Carolina decides the pending motion to dismiss. This seems appropriate. Staying this action will simplify the issues here: specifically, it will relieve the tension on Duke Energy Corporation and its derivative shareholders caused by alleging wrongful director conduct in these cases while defending against similar allegations of wrongful corporate conduct in the Western District of North Carolina. Discovery has not begun in this District and no trial date has been set, while the motion to dismiss briefing schedule has already been set in the Western District of North Carolina and will be completed in July, 2013. As the nonmoving Plaintiffs have conceded to a

---

[1] Plaintiffs stated they would submit a Proposed Order for these motions, but one has not been filed yet. (*Tansey* D.I. 59, *Pinchuck* D.I. 46, at 9).

2

stay through decision on that motion to dismiss, there is no basis to conclude they will be unduly prejudiced or disadvantaged.

Therefore, it is **ORDERED** that this case is stayed until the Western District of North Carolina makes a final decision on the motion to dismiss pending there, with the exception of Plaintiffs' anticipated filing of a consolidated amended complaint here.

IT IS FURTHER **ORDERED** that the parties should submit an agreed-upon form of order to resolve the outstanding consolidation and lead plaintiff motions (*Tansey* D.I. 35, 41; *Pinchuck* D.I. 29, 34) no later than May 31, 2013.

IT IS FURTHER **ORDERED** that the Plaintiffs submit the fee agreement(s) and accompanying letter, as discussed at oral argument (*see* Tr. 5-7), by no later than May 31, 2013.

Entered this 17th day of May, 2013.

_____
United States District Judge