IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD TANSEY, et al., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-1049-RGA |
| | : Consolidated |
| JAMES E. ROGERS, et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, the above-captioned case was stayed on May 17, 2013, due to litigation that is presently pending before the United States District Court for the Western District of North Carolina (D.I. 60);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall file a status report with the Court by December 1, 2014, and every six months there after until the litigation in the United States District Court for the Western District of North Carolina has been resolved.

September 2, 2014
DATE

_____
UNITED STATES DISTRICT JUDGE