IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD TANSEY and WARREN PINCHUCK, suing derivatively on behalf of DUKE ENERGY CORPORATION,

    Plaintiffs,

v.

JAMES E. ROGERS; MICHAEL G. BROWNING; G. ALEX BERNHARDT, SR.; ANN MAYNARD GRAY; JAMES T. RHODES; JAMES H. HANCE, JR.; WILLIAM BARNET, III; PHILIP R. SHARP; DANIEL R. DIMICCO; JOHN H. FORSGREN; and E. JAMES REINSCH,

    Defendants,

and

DUKE ENERGY CORPORATION,

    Nominal Defendant.

Civ. No. 12-1049-RGA (Consl.)

## ORDER

IT IS HEREBY ORDERED, for the reasons stated in the accompanying Memorandum, that Richard A. Bernstein's Motion to Intervene and Stay this Derivative Action in Deference to Parallel Derivative Suit in Delaware Court of Chancery (D.I. 90) is **DENIED**.

Dated: June 27, 2016

_____
UNITED STATES DISTRICT JUDGE