## FRIEDLANDER & GORRIS
A PROFESSIONAL CORPORATION
SUITE 2200
1201 N. MARKET STREET
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

CHRISTOPHER P. QUINN

DIRECT DIAL
(302) 573-3506
CQuinn@friedlandergorris.com

July 17, 2017

**By CM/ECF Filing and Hand Delivery**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
Unit 9, Room 6325
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Tansey v. Rogers, et al.*, C.A. No. 12-1049-RGA (Consolidated)

Dear Judge Andrews:

I write on behalf of the parties in the above-captioned action to report on the status of the settlement of the action in the Court of Chancery captioned *In re Duke Energy Corporation Derivative Litigation*, C.A. No. 7705-VCG (Del. Ch.). On July 13, 2017, Vice Chancellor Glasscock approved the settlement and entered an Order and Final Judgment, which provided for, among other things, the release of all claims in the present action. Vice Chancellor Glasscock retained jurisdiction over the Court of Chancery action solely for purposes of overseeing the administration of the settlement and deciding the appropriate allocation of fees among the various sets of plaintiffs' counsel. Vice Chancellor Glasscock's retention of jurisdiction for those limited purposes does not affect the finality of the settlement. As such, enclosed is a Stipulation and [Proposed] Order of Dismissal. If it meets Your Honor's approval, the parties respectfully request that the Court enter it at the Court's earliest convenience.

As always, the parties are available at the convenience of the Court should Your Honor have any questions.

Respectfully,

/s/ *Christopher P. Quinn*

Christopher P. Quinn (#5823)

cc:   All Counsel of Record (by CM/ECF filing)

{FG-W0428645.}