IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD TANSEY and WARREN PINCHUCK, Derivatively on Behalf of DUKE ENERGY CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES E. ROGERS, MICHAEL G. BROWNING, G. ALEX BERNHARDT, SR., ANN MAYNARD GRAY, JAMES T. RHODES, JAMES H. HANCE, JR., WILLIAM BARNET, III, PHILIP R. SHARP, DANIEL R. DIMICCO, JOHN H. FORSGREN and E. JAMES REINSCH, <br><br> Defendants, <br><br> and <br><br> DUKE ENERGY CORPORATION, a Delaware corporation, <br><br> Nominal Defendant. | Case No. 12-cv-1049-RGA <br> (Consolidated) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on July 13, 2017, the Court of Chancery fully and finally approved the settlement (the "Settlement") of a related action captioned *In re Duke Energy Corporation Derivative Litigation*, C.A. No. 7705-VCG (Del. Ch.) (the "Chancery Action"), whereupon the Court of Chancery entered an Order and Final Judgment, dated July 13, 2017, dismissing all claims in the Chancery Action; and

WHEREAS, the claims in the above-captioned action (the "Action"), with the agreement of Plaintiffs' counsel, were released in the Settlement, as set forth in Paragraph 9 of the Order and Final Judgment entered by the Court of Chancery.

{FG-W0428647.}

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, subject to the approval of the Court, that this Action is dismissed with prejudice.

| FRIEDLANDER & GORRIS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Christopher P. Quinn* | */s/ Susan W. Waesco* |
| Joel Friedlander (#3163) | Kenneth J. Nachbar (#2067) |
| Christopher P. Quinn (#5823) | Susan W. Waesco (#4476) |
| 1201 N. Market Street, Suite 2200 | 1201 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 573-3500 | (302) 658-9200 |
| jfriedlander@friedlandergorris.com | knachbar@mnat.com |
| cquinn@friedlandergorris.com | swaesco@mnat.com |
| *Liaison Counsel for Plaintiffs* | *Attorneys for Defendants* |

OF COUNSEL:　　　　　　　　　　　OF COUNSEL:

Felipe J. Arroyo　　　　　　　　　　Steven M. Bierman
Gina Stassi　　　　　　　　　　　　Andrew W. Stern
ROBBINS ARROYO LLP　　　　　　SIDLEY AUSTIN LLP
600 B Street, Suite 1900　　　　　　787 Seventh Avenue
San Diego, CA 92101　　　　　　　New York, NY 10017
(619) 525-3990　　　　　　　　　　(212) 839-5500

John Halebian
LOVELL STEWART HALEBIAN
  JACOBSON LLP
420 Lexington Avenue, Suite 2440
New York, NY 10170

*Co-Lead Counsel for Plaintiffs*

Dated: July 17, 2017

SO ORDERED this 25 day of July, 2017.

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

{FG-W0428647.}